**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-00721-LTB-CBS

BENJAMIN J. GOMEZ, JR.,

      Plaintiff,

v.

VESTAS TOWERS AMERICA, and
FLEMMING WIGARD,

      Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Joint Stipulation for Dismissal (Doc 20 - filed October 30, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   October 31, 2012